

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

**NOS. 2-09-287-CV
2-09-317-CV
2-09-318-CV**

IN RE: TWO HUNDRED FIFTY-NINE
THOUSAND, THREE HUNDRED THIRTY-SIX
DOLLARS AND SEVEN/100

----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

## AND JUDGMENT

----------

We have considered the parties' "Agreed Motion To Dismiss Appeals." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeals. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: MEIER, J.; CAYCE, C.J.; and LIVINGSTON, J.

---

[1] *See* Tex. R. App. P. 47.4.

DELIVERED:  October 29, 2009